# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICHOLAS McCULLAR
ADC #167292                                                                                    PLAINTIFF

V.                      CASE NO. 3:19-CV-119-DPM-BD

ALEX SAIN, *et al*.                                                                          DEFENDANTS

## ORDER

Summonses issued for Defendants Martin, Dewey, and Dexter were returned to the Court unexecuted. (Docket entries #7, #8, #9) Counsel for the Poinsett County Jail, however, has provided the last-known addresses for these Defendants, under seal. (#10, #11)

The Clerk of Court is directed to prepare new summonses for Defendants Martin, Dewey, and Dexter; and the United States Marshal is directed to serve these Defendants with summonses and copies of the complaint (#2), without prepayment of fees and costs or security, at the addresses provided under seal.[1] Importantly, these Defendants' private mailing addresses must be <u>redacted</u> from the return of service any other public portion of the record.

IT IS SO ORDERED, this 16th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Martin should be served at the last-known address included in docket entry #11.