# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS McCULLAR**                                                           **PLAINTIFF**

**V.**                    **CASE NO. 3:19-CV-119-DPM-BD**

**ALEX SAIN,** *et al*.                                                         **DEFENDANTS**

## ORDER

On August 16, 2019, the Court ordered service of process for Defendant Dewey at his last-known address. (Docket entry #13) That summons, however, was returned to the Court unexecuted on October 21, 2019. (#23)

The Clerk is directed to re-issue a summons for Defendant Dewey. The Marshal is directed to serve Defendant Dewey *personally* with the summons, a copy of the complaint (#2), and any attachments, without requiring prepayment of fees and costs or security. Service for Defendant Dewey should be made at his last-known address that was provided under seal.

IT IS SO ORDERED, this 25th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE