IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS MCCULLAR
ADC #167292                                                                                          PLAINTIFF

V.                              CASE NO. 3:19-CV-119-LPR-BD

ALEX SAIN, *et al*.                                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Any party may file written objections with the Clerk of Court if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If the parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II.   Discussion

On April 19, 2019, Nicholas McCullar, formerly an inmate at the Poinsett County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In May 2019, after Mr. McCullar was released from custody, he notified the Court of his new address. (#5) On October 3, 2019, Defendants Martin and Dexter (County Defendants) mailed Mr. McCullar discovery requests. (#26-1)

After Mr. McCullar failed to respond to their requests, the County Defendants moved for an order compelling Mr. McCullar to respond. (#26) On December 2, 2019, the Court granted the motion to compel and ordered Mr. McCullar to file his discovery responses with the Court within 30 days. (#30) The Court specifically warned Mr. McCullar that his claims could be dismissed if he failed to respond to the Court's Order.

To date, Mr. McCullar has not responded to the Court's December 2, 2019 Order, and the time allowed for his response has passed. Accordingly, the County Defendants have now moved to dismiss Mr. McCullar's claims. (#31)

### III.   Conclusion

The Court recommends that the County Defendants' motion to dismiss (#31) be GRANTED. Mr. McCullar's claims against the County Defendants should be DISMISSED, without prejudice, based on his failure to respond to the Court's December 2, 2019 Order and his failure to prosecute this lawsuit. His claims against Defendants Sain and Dewey should also be DISMISSED, without prejudice, based on his failure to serve those Defendants within 90 days of filing this lawsuit. See FED. R. CIV. P. 4(m).

DATED, this 14th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE