# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NICHOLAS MCCULLAR                                          PLAINTIFF

v.                    Case No. 3:19-cv-00119-LPR

ALEX SAIN, *et al*.                                      DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition (the "Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The County Defendants' Motion to Dismiss (Doc. 31) is GRANTED. Mr. McCullar's claims against the County Defendants are DISMISSED, without prejudice, based on his failure to comply with this Court's December 2, 2019 Order, and his failure to prosecute this lawsuit. His claims against Defendants Sain and Dewey are also DISMISSED, without prejudice, based on his failure to serve those two Defendants within 90 days of filing this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 3rd day of February 2020.

                                                         Lee P. Rudofsky
                                                         UNITED STATES DISTRICT JUDGE