IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NICHOLAS MCCULLAR                                             PLAINTIFF

v.                            Case No. 3:19-cv-00119-LPR

ALEX SAIN, *et al*.                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 3rd day of February 2020.

                                              Lee P. Rudofsky
                                              UNITED STATES DISTRICT JUDGE